FILED
2020 Oct-02 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:20-cv-00827-LSC-HNJ |
| RON ADKINS, et al., | ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on September 3, 2020, recommending the court dismiss all claims in this action pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted, except for the plaintiff's procedural due process claim against defendant Adkins. (Doc. 12). Although the magistrate judge advised the plaintiff of her right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all of the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b), **EXCEPT** the plaintiff's procedural due process claim against defendant Adkins. The court further **ORDERS** that the plaintiff's

procedural due process claim against defendant Adkins is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** on October 2, 2020.

_____
L. Scott Coogler
United States District Judge

160704